# UNITED STATES DISTRICT COURT

FOR THE | DISTRICT OF | MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **SUMMONS IN A CRIMINAL CASE** |
| Elliot J. Feiner | Case Number:   04-CR-10180 RWZ |
| 320 West Moreland, Unit B-3 | |
| Narragansett, Rhode Island 02882 | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT, John Joseph Moakley US Courthouse  1 Courthouse Way (corner of Atlantic Ave.), Boston, MA 02210 | COURTROOM 14, 5TH FLOOR |
| | Date and Time |
| Before:   The Honorable Robert B. Collings | June 30, 2004 at 12:00 Noon |

To answer a(n)

**Indictment**     Information     Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title   18     United States Code, Section(s)   1341 & 981

Brief description of offense:
18 USC 1341 Mail Fraud
18 USC 981 Criminal Forfeiture

**You must report at  9:00 a.m.   to  Pretrial Services on June 30, 2004.  They are located on the first floor of this courthouse.**

s/ Gina Affsa

_____     June 22, 2004
Signature of Issuing Officer        Date

Gina Affsa, Deputy Clerk
Name and Title of Issuing Officer