# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2004-10108-RWZ

ELLIOT J. FEINER,
       Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on August 11, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    The time is extended to the close of business on *Friday, November 5, 2004.*

    A Further Initial Status Conference is set for *Thursday, November 18,*

*2004 at 11:30 A.M.*

                                          /s/ Robert B. Collings
                                          ROBERT B. COLLINGS
                                          United States Magistrate Judge

August 11, 2004.