NOV - 5 2004

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

No. 04CR-10180RWZ

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | **REQUEST FOR DISCOVERY AND INSPECTION** |
| ) | |
| Elliot J. Feiner ) | |
| ) | |

TO:   Lori J. Holik, Assistant U.S. Attorney
      John Joseph Moakley United Stated Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210

In accordance with Federal Rule of Criminal Procedure 16(a)(1)(C), you are hereby requested to permit Elliot Feiner, the defendant in the above-entitled matter, to inspect and copy the following documents which are either within your possession, custody or control, or by the exercise of due diligence may become known to you, and which requests are reasonable and material to the preparation of the defense:

1. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John C. Ottenberg, attorney for Michael Coffman, Richard Coffman, Neal B. Coffman, and William L. Kams, and John H. Aquino, trustee in bankruptcy, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

2. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John C. Ottenberg, attorney for Michael Coffman, Richard Coffman, Neal B. Coffman, and William L. Kams, and any agent of the Federal Bureau of Investigation, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

3. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John C. Ottenberg, attorney for Michael Coffman, Richard Coffman, Neal B. Coffman, and William L. Kams, and any Assistant United States Attorney, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

4. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John C. Ottenberg, attorney for Michael Coffman, Richard Coffman, Neal B. Coffman, and William L. Kams, and any attorney for the U.S. Securities

1

and Exchange Commission, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner

5. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Goodwin Procter, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and any agent of the Federal Bureau of Investigation, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

6. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Goodwin Procter, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and John H. Aquino, trustee in bankruptcy, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

7. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Goodwin Procter, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and any Assistant United States Attorney, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

8. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Goodwin Procter, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and any attorney for the U.S. Securities and Exchange Commission, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner

9. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John H. Aquino, trustee in bankruptcy and any agent of the Federal Bureau of Investigation, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

10. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John H. Aquino, trustee in bankruptcy, and William L. Kams, and any Assistant United States Attorney, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

11. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between John H. Aquino, trustee in bankruptcy, and William L. Kams, and any attorney for the U.S. Securities and Exchange Commission, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

12. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Thomas James Morrissey, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie

Foster and Jim Robbins, and any agent of the Federal Bureau of Investigation, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

13. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Thomas James Morrissey, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and John H. Aquino, trustee in bankruptcy, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

14. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Thomas James Morrissey, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and any Assistant United States Attorney, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner.

15. All documents, including correspondence, reports, memoranda, e-mails, faxes, records and notes of any kind between Thomas James Morrissey, attorney for Linn Anderson, Robert A. Anderson, Diane M. Cummings, R. Taber Hand, Margot C. Hand, Julia B. Hand, Laurie Foster and Jim Robbins, and any attorney for the U.S. Securities and Exchange Commission, relative to the investigation of all financial matters including the assets and liabilities of Elliot Feiner

Defendant further requests that you specify the time, place, and manner in which the foregoing will be made available for inspection and copying.

                                                  Respectfully submitted
                                                  Elliot J. Feiner
                                                  By his attorney

DATED: November 5, 2004

                                                  _____
                                                  Beryl W. Cohen
                                                  11 Beacon Street
                                                  Boston, MA 02108
                                                  (617) 742-3322
                                                  BBO #088620

### CERTIFICATE OF SERVICE

I, Beryl W. Cohen, hereby certify that I have served in hand a true copy of the within Request for Discovery and Inspection on the 5th day of November, 2004, upon Lori J. Holik, Assistant U.S. Attorney, at her office, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

                                                  _____
                                                  Beryl W. Cohen