LAW OFFICES OF
# BERYL W. COHEN

11 BEACON STREET
BOSTON, MASS. 02108
617-742-3322
FAX 617 720-5652

FILED
IN CLERKS OFFICE
2004 NOV 18 A 11: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

Lori J. Holik
Assistant U.S. Attorney
United States Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

November 18, 2004

RE: United States v. Feiner
Criminal No. 04-10180-RWZ

Dear Attorney Holik:

In response to the government request of July 22, 2004 for reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(D), please be advised that the Defendant at this time is not in possession of any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which the Defendant intends to introduce as evidence in chief at the trial, nor is the Defendant at this time in possession of any result or reports of physical or mental examinations and of scientific tests or experiments made in connection with the case, which the Defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony.

The Defendant will comply with his continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1(D) and 116.2(B)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

Very truly yours,

Beryl W. Cohen
Attorney for Elliot Feiner
11 Beacon St.
Boston, MA 02180