# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                  CRIMINAL NO. 2004-10180-RWZ

ELLIOT J. FEINER,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on November 18, 2004; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    No experts will be called at trial.

(3)    No.

(4)  No non-discovery type motions will be filed.

(5)  *See* Order of Excludable Delay entered this date.

(6)  A trial will probably be necessary and would take seven (7) trial days.

(7)  The Final Status Conference is set for **Tuesday, December 21, 2004 at 11:00 A.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)  *See* ¶¶ (1)-(4), *supra*.

(2)  It does not.

(3)  None.

(4)  *See* Order of Excludable Delay entered this date.

(5)  Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 24, 2003.