# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                          CRIMINAL NO. 2004-10180-RWZ

ELLIOT J. FEINER,
      Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/17/2004 - Indictment returned.

6/30/2004 - Initial Appearance/Arraignment

7/1 - 28/2004 - Excluded as per L.R. 112.2(A)(2)

8/11/2004 - Conference held.

8/12 - 11/17/2004 - Continuance granted so that the defendants' counsel may review the Government's discovery. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

11/18/2004 - Conference held.

11/19 - 12/20/2004 -   Continuance granted so that the defendants' counsel may seek to reach a plea agreement with the Government.  I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of December 20, 2004, THIRTEEN (13) non-excludable days will have occurred leaving FIFTY-SEVEN (57) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 24, 2004.