UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　) <br>　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ELLIOT J. FEINER,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　　　) | Criminal No. 04-10180-RWZ |

PARTIES' JOINT MEMORANDUM PURSUANT TO
LOCAL RULE 116.5(C)

Pursuant to Local Rule 116.5(C), the parties submit the following joint memorandum:

1.　There are no outstanding discovery issues to be presented or resolved by the Court.

2.　Neither party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

3.　The defendant does not intend to raise a defense of insanity or public authority.

4.　The government has not requested notice of alibi by the defendant.

5.　The defendant has not filed any motion to sever, dismiss, or suppress, and does not intend to file any such motion. The defendant may file a motion to strike as surplusage the government's Notice of Additional Factors, at such time as the indictment is superseded.

6. No schedule need be set concerning any matter in the case other than trial.

7. The parties have not discussed the possibility of an early resolution of the case without trial since prior to the time the case was indicted. It appears at this time that the case will proceed to trial.

8. The parties believe that the appropriate periods of excludable delay to date have been entered.

9. The estimated length of trial is two weeks.

Dated: December 9, 2004

| UNITED STATES OF AMERICA<br>By its attorney, | ELLIOT J. FEINER<br>By his attorney, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| By: __/s/ Lori J. Holik_____<br>    Lori J. Holik<br>    Assistant U.S. Attorney | _____<br>Beryl W. Cohen<br>Room 900<br>11 Beacon Street<br>Boston, MA 02108 |