# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2004-10180-RWZ

ELLIOT J. FEINER,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/21/2004 - Conference held.

Thus, as of December 21, 2004, THIRTEEN (13) non-excludable days have occurred leaving FIFTY-SEVEN (57) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 21, 2004.