# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                CRIMINAL NO. 2004-10180-RWZ

ELLIOT J. FEINER,
        Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on December 21, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    None.

(2)    No.

(3)    No.

(4) The United States has not requested notice of alibi.

(5) No non-discovery type motions (motions to dismiss, suppress, etc.) will be filed.

(6) *An Initial Pretrial Conference should be set AS SOON AS POSSIBLE. THE SPEEDY TRIAL ACT CLOCK IS RUNNING.*

(7) The case will probably not have to be tried; trial will last about TEN trial days.

(8) *See* Further Order of Excludable Delay entered this date.

(9) Ten trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Ten trial days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *AS SOON AS POSSIBLE. THE SPEEDY TRIAL ACT IS RUNNING*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS

TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE ZOBEL'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 21, 2004.