```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )   Crim. No. 04-10180-RWZ
                                )
   v.                            )
                                )
ELLIOT J. FEINER,              )
                                )
      Defendant.             )

## MOTION TO EXCLUDE TIME

The government hereby moves the Court to exclude the period of January 12, 2005 (pretrial conference) through March 7, 2005 (trial date) from the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Dated: January 12, 2005

                                       By its attorney,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                    By:   /S/ Lori J. Holik
                          Lori J. Holik
                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2005, I caused a copy of the above motion to be served on counsel of record by causing same to be mailed, first class mail, postage prepaid.

                                     /s/ Lori J. Holik
                                     Lori J. Holik
                                     Assistant U.S. Attorney