UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10180-RWZ

|  |  |
|---|---|
| United States ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| v. ) | **DOWNWARD DEPARTURE FOR REASON OF** |
| ) | **DIMINISHED CAPACITY** |
| Elliot Feiner ) | |

     Now comes the Defendant, Elliot Feiner, and moves pursuant to U.S. Sentencing Guideline §5K2.13 that the Court grant him a downward departure from the applicable sentencing range for reason that the Defendant committed the offense while suffering from a significantly reduced mental capacity, which contributed substantially to the commission of the offense, and, further, there exist in this case an atypical combination of mitigating circumstances of a kind and degree not adequately taken into consideration by the Sentencing Commission, in formulating the guidelines that should result in a sentence different from that described by the Career Offender Guidelines. 18 U.S.C.A. § 3553(b) (See U.S. v. McBroom, 124 F.3d 533 (3rd Cir. 1997); U.S. v. Sadolsky, 234 F.3d 938 (6th Cir. 2000); U.S. v. Rivera, 994 F.2d 942 (1st Cir. 1993); U.S. v. Iaconetti, 39 F.Supp.2d 139 (D.Mass. 1999); U.S. v. Lu, 267 F.Supp.2d 371 (E.D.N.Y. 2003).

     Further, the Defendant, in support of the within Motion, relies upon the Forensic Psychodiagnostic Evaluation of Paul D. Zeizel, Psy.D. dated April 9, 2005 and the Psychological Report of Ira D. Rudolph, Ph.D. dated April 22, 2005 attached to the revised Presentence Report and Addendum filed by Kelly Foster, U.S. Probation Officer.

Respectfully submitted,
Elliot Feiner
By his attorney,

Dated: May 12, 2005

_____
Beryl W. Cohen
11 Beacon Street
Boston, MA 02108
(617) 742-3322
B.B.O. 088620

CERTIFICATE OF SERVICE

I, Beryl W. Cohen, attorney for the Defendant, Elliot Feiner, hereby certify that I have, on this 12th day of May, served a copy of the Within Motion for Downward Departure for Reason of Diminished Capacity, in hand and by first class mail to Assistant United States Attorney Lori J. Holik, at her office, United States Courthouse, Suite 9200, One Courthouse Way, Boston, Massachusetts 02210.

_____
Beryl W. Cohen