UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )
    v.                        )   Criminal No.  04-10180-RWZ
                              )
ELLIOT J. FEINER,             )
                              )
    Defendant.                )

GOVERNMENT'S SENTENCING MEMORANDUM AND
OPPOSITION TO DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

The United States submits the following sentencing recommendation for Defendant Elliot J. Feiner and opposes Defendant Feiner's Motion for Downward Departure for Reason of Diminished Capacity.

Government Sentencing Recommendation

The government recommends: a period of incarceration of 30 months; a period of supervised release of three years; a mandatory special assessment of $300.00; forfeiture; and restitution in the total amount of $5,287,302.00 as follows:

| | |
|---|---|
| Plus Design | $ 78,749.00 |
| Julia Hand | 625,794.00 |
| Margaret Hand | 260,065.00 |
| Richard Tabor Hand and Diane Hand | 7,720.00 |
| William Kams, Trustee | 772,966.00 |
| Richard Coffman | 796,738.00 |
| Neal Coffman | 398,394.00 |
| Thomas Ripley | 22,241.00 |
| Laurie Foster | 298,974.00 |
| Laurie Foster, IRA | 283,793.00 |
| Marilyn Coffman | 423,392.00 |
| Marilyn Coffman | 331,943.00 |
| James Robins, IRA | 48,432.00 |
| Robert Anderson | 124,246.00 |
| Richmond Tabor Hand | 58,800.00 |

```
Diane Hand                        10,249.00
Linn Anderson                     91,304.00
Linn Anderson, IRA                25,067.00
Shirley Spence                   136,179.00
Shirley Spence, Princ.           258,158.00
James Robins                     102,398.00
Merrill Lynch                    131,700.00
    (Ruth Schiff)

Total:                        $5,287,302.00
```

Government's Opposition to Downward Departure Motion

The government opposes Defendant's motion for departure. The government bases its opposition on the two psychological evaluations submitted by Defendant in support of his motion, the Application Note to U.S.S.G. §5K2.13, the chronology of significant events, and the nature of the crime of conviction. The government presently understands that Defendant intends to offer additional psychological evidence at his sentencing, scheduled for this afternoon, and thus reserves the right to more fully explain its opposition and to advance additional grounds for opposition at such time as the evidentiary portion of this afternoon's hearing is complete.

Dated: May 17, 2005					By its attorney,

							MICHAEL J. SULLIVAN
							United States Attorney


						By:	/s/ Lori J. Holik
							Lori J. Holik
							Assistant U.S. Attorney


CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2005, I caused a copy of the above to be served on counsel of record by causing same to be faxed to Beryl Cohen, Esq.

							/s/ Lori J. Holik
							Lori J. Holik
							Assistant U.S. Attorney