UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10180-RWZ |
| ) | |
| ELLIOT FEINER, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION TO DISMISS
COUNTS TWO THROUGH FIFTEEN, SEVENTEEN,
AND EIGHTEEN OF THE SUPERSEDING INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby moves to dismiss Counts Two through Fifteen, Seventeen, and Eighteen of the Superseding Indictment. In support of this motion, the government states that Defendant Feiner has pleaded guilty to, and has been sentenced upon, the remaining counts of the Superseding Indictment: One, Sixteen and Nineteen. The dismissal is in accordance with his guilty plea and his sentence, and is in the interests of justice.

Dated: May 24, 2005            Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney


                          By:  /s/ Lori J. Holik
                               Lori J. Holik
                               Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2005 I caused a copy of the above Motion to be served by causing same to be electronically filed with the court.

                                      <u>/s/ Lori J. Holik</u>
                                      Lori J. Holik
                                      Assistant U.S. Attorney