UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>            Plaintiff,    )<br>                            )<br>    v.                      )    CRIMINAL NO. 04-10180-RWZ<br>                            )<br>ELLIOT J. FEINER,           )<br>            Defendant.      ) | |

**FINAL ORDER OF FORFEITURE**

ZOBEL, D.J.,

WHEREAS, on or about December 16, 2004, a federal grand jury sitting in the District of Massachusetts returned a nineteen count Superceding Indictment charging defendant Elliot J. Feiner (the "Defendant" or "Feiner"), with Mail Fraud, in violation of 18 U.S.C. § 1341 (Counts One through Nineteen);

WHEREAS, the Superceding Indictment sought the forfeiture, as a result of committing one or more of the mail fraud offenses alleged in Counts One through Nineteen of the Superceding Indictment, of any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense, pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c), including but not limited to an amount in excess of $5,500.000;

WHEREAS, on or about March 7, 2005, the Defendant entered a plea of guilty to Counts One, Sixteen and Nineteen of the Superceding Indictment, the Defendant pled guilty to Counts One, Sixteen and Nineteen of the Superceding Indictment, pursuant to a plea agreement the Defendant had signed on February 27, 2005. In

section 9 of the plea agreement, the Defendant agreed to forfeit and all of his assets subject to forfeiture pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c) as a result of his guilty plea. The Defendant also agreed to forfeit substitute assets, as set forth in Paragraph 3 of the Motion for Final Order of Forfeiture;

WHEREAS, the Defendant does not dispute that he derived $5,670,000.00 in proceeds from the offenses charged in Counts One, Sixteen and Nineteen of the Superceding Indictment;

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $5,670,000.00; and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Defendant shall forfeit to the United States the sum of $5,670,000.00 pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c).

2. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order to substitute property having a value not to exceed $5,670,000.00 to satisfy the money judgment in whole or in part.

_____
RYA W. ZOBEL
United States District Judge

Date: 6/27/05