UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10180-RWZ

UNITED STATES OF AMERICA

v.

ELLIOT FEINER

ORDER

July 8, 2005

ZOBEL, D.J.

The voluntary surrender of Defendant Elliot Feiner has been extended to Monday, July 25, 2005.

July 8, 2005
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE