UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10180-RWZ

United States )
)
v. )          **MOTION TO AMEND**
)          **CONDITIONS OF SUPERVISED RELEASE**
)
Elliot Feiner )
)

    Now comes the Defendant, Elliot Feiner, who was sentenced by this Court on May 24, 2005 following his plea of guilty to the offenses of mail fraud (18 U.S.C. §1341) as set forth in the Judgment attached hereto, and moves that the Court amend the Conditions of Supervised Release by striking the condition that "the Defendant shall serve the first six (6) months in home detention," for reason that he has completed his term of imprisonment, is presently participating in a Pre-release Program which will terminate on August 25, 2006 and that his family responsibilities and employment opportunities are adversely affected by a period of home detention. The Defendant will comply with all other Conditions of Supervised Release as set forth in the Judgment of the Court.

    Further, the Defendant, in support of the within Motion, relies upon the Progress Report of the Federal Bureau of Prisons dated May 1, 2006 attached hereto.

    The Defendant requests an opportunity to be heard on the within Motion.

Respectfully submitted,
Elliot Feiner
By his attorney,

Dated: August 9, 2006

Beryl W. Cohen
11 Beacon Street
Boston, MA 02108
(617) 742-3322
B.B.O. 088620

**CERTIFICATE OF SERVICE**

I, Beryl W. Cohen, attorney for the Defendant, Elliot Feiner, hereby certify that I have, on this 9th day of August, 2006, served a copy of the Within Motion to Amend Conditions of Supervised Release, by first class mail to Assistant United States Attorney Lori J. Holik, at her office, United States Courthouse, Suite 9200, One Courthouse Way, Boston, Massachusetts 02210, and Barry J. Weiner, CUSPO, District of Rhode Island, 36 Exchange Terrace, 3rd Floor, Providence, Rhode Island, 02903-1743.

Beryl W. Cohen