UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)　　　Criminal No.　04-10180-RWZ
　　　　　　　　　　　　　　　　)
ELLIOT J. FEINER,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)

GOVERNMENT'S OPPOSITION TO MOTION TO AMEND
CONDITIONS OF SUPERVISED RELEASE

Defendant pleaded guilty to three counts of mail fraud in connection with an investment fraud scheme that resulted in total losses to his victims of more than $5.0 million.  The government recommended a low end guidelines sentence of a period of imprisonment of 30 months and opposed defendant's downward departure motion based upon his psychological condition.  On May 24, 2005, the court sentenced the defendant to a period of imprisonment of 15 months to be followed by a period of supervised release of 3 years, the first 6 months to be served in home detention.

The defendant now moves the court to modify his supervised release by striking the home detention condition – without offering the court any supporting basis as contemplated by 18 U.S.C. §3583(e).  The vague reference to adverse consequences to his "family responsibilities and employment opportunities" is not sufficient and indeed it is difficult to imagine the defendant who would not advance the same argument because of a disinclination to serve the remainder of the sentence imposed.

The statute requires something more, namely, that the court consider specific subsections of 18 U.S.C. §3553.  As the court has already considered those factors, and the defendant does not argue that anything about those factors has changed since the date of sentencing, there is nothing to suggest that the court should modify the previously entered condition of home detention during the period of supervised release.

This request for a blanket removal of the home detention condition of defendant's supervised release should be denied.  If a specific or unusual circumstance relating to family responsibility or an employment opportunity should arise, defendant is free to seek a more limited modification from the court as and when appropriate.  The government submits that this motion should be denied.

Dated: August 11, 2006                  By its attorney,
                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                    By:  /s/ Lori J. Holik
                                         Lori J. Holik
                                         Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I caused a copy of the above to be served on counsel of record by causing same to be electronically filed with the Court.


                                         /s/ Lori J. Holik
                                         Lori J. Holik
                                         Assistant U.S. Attorney

2