UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10180-RWZ

| | |
|---|---|
| United States )  | |
| ) | **MOTION TO AMEND** |
| v. ) | **CONDITIONS OF SUPERVISED RELEASE** |
| ) | |
| Elliot Feiner ) | |

      Now comes the Defendant, Elliot Feiner, who was sentenced by this Court on May 24, 2005 following his plea of guilty to the offenses of mail fraud (18 U.S.C. §1341) as set forth in the Judgment attached hereto, and moves that the Court amend the Conditions of Supervised Release by specifying that the "6-month home detention" ordered by the Court be served at 32 Baldwin Drive, Sharon, Massachusetts, the residence of Marilyn Coffman, a long-term friend, who will receive no financial benefit and who, together with the Probation Department, is qualified to supervise the home confinement.

      After completing his term of imprisonment on August 25, 2006, the defendant has served home detention at 320 Westmoreland St., Narragansett, Rhode Island, which address has become unavailable to him for reason that his marital status has changed so that his wife will no longer permit continued occupancy of the residence in Rhode Island which is owned by the wife alone.

      The Defendant will comply with all other Conditions of Supervised Release as set forth in the Judgment of the Court.

**REQUEST FOR ORAL ARGUMENT**

In accordance with Local Rule 7.1(d) the Defendant believes that oral argument will assist the Court and accordingly wishes to be heard.

                                                                          Respectfully submitted,
                                                                  Elliot Feiner
                                                                  By his attorney,

Dated: September 25, 2006

                                                                  Beryl W. Cohen
                                                                    11 Beacon Street
                                                                    Boston, MA 02108
                                                                    (617) 742-3322
                                                                    B.B.O. 088620

CERTIFICATE OF SERVICE

I, Beryl W. Cohen, attorney for the Defendant, Elliot Feiner, hereby certify that I have, on this 25th day of September, 2006, served a copy of the Within Motion to Amend Conditions of Supervised Release, by first class mail to Assistant United States Attorney Lori J. Holik, at her office, United States Courthouse, Suite 9200, One Courthouse Way, Boston, Massachusetts 02210, and Barry J. Weiner, CUSPO, District of Rhode Island, 36 Exchange Terrace, 3rd Floor, Providence, Rhode Island, 02903-1743.

                                                                    Beryl W. Cohen

PDF Created with www.scansoft.com (3 Trial watermark)