UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 04-10180-RWZ |
| ) | |
| ELLIOT J. FEINER, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S OPPOSITION TO SECOND MOTION
TO AMEND CONDITIONS OF SUPERVISED RELEASE

Defendant's second motion to amend his release conditions seeks to change the location of his six month period of home detention[1] because it is alleged that the 320 Westmoreland Street, Narragansett, Rhode Island address is "unavailable to him" due to his wife's unwillingness to permit his continued occupancy at that location.

Upon information and belief, and according to the United States Probation Department, Defendant's wife has been contacted since the filing of Defendant's second motion and has indicated that the Defendant may reside at the above location for the remaining period of his home detention. Thus it appears that the basis for the second motion, as advanced by the Defendant, has been resolved.

In any event, the alternate address for home detention now proposed by the Defendant is not an acceptable substitution

---

[1] The first motion, denied by the Court, sought to dispense with the home detention requirement of Defendant's supervised release.

because its owner, Marilyn Coffman, is one of the Defendant's victims representing approximately $755,000.00 of the $5,287,302.00 ordered in restitution.

The motion should be denied.

Dated: October 2, 2006                    By its attorney,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                      By:  /s/ Lori J. Holik
                                             Lori J. Holik
                                             Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006 I caused a copy of the above to be served by causing same to be electronically filed with the Court.

                                                /s/ Lori J. Holik
                                                Lori J. Holik
                                                Assistant U.S. Attorney