UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10180-RWZ

| | |
|---|---|
| United States ) | |
| ) | **RENEWED MOTION TO AMEND** |
| v. ) | **CONDITIONS OF SUPERVISED RELEASE** |
| ) | |
| Elliot Feiner ) | |

Now comes the Defendant, Elliot Feiner, who was sentenced by this Court on May 24, 2005 following his plea of guilty to the offenses of mail fraud (18 U.S.C. §1341), and moves that the Court amend the Conditions of Supervised Release by specifying that the "6-month home detention" ordered by the Court be served by home incarceration with electronic monitoring at 320 Westmoreland St., Narragansett, Rhode Island, his marital residence.

On October 30, 2006, it was determined by the Probation Officer that the Defendant had violated a term of his probation. Accordingly, the Probation Officer has recommended that the remaining 2½ months of home detention due to the unavailability of the Coolidge House, which is being renovated and is not accepting residents, now be served at either the Essex or Barnstable County jails.

In compliance with the continuing Condition of Supervised Release, in which the Court at time of sentencing ordered the Defendant to participate in a mental health treatment program as directed by the Probation Office, Elliot Feiner was referred and has since September 21, 2006 been receiving treatment from Gateway Healthcare in Pawtucket, Rhode Island. A copy of the Gateway evaluation (October 23, 2006) and Individual Treatment Plan (November 30, 2006) are attached hereto as Exhibits 1 and 2.

In addition, with the approval of the Probation Office, Elliot Feiner has since October 5, 2006 participated in couples counseling with Dr. James Hreshko in Cambridge, Massachusetts. In the event the administrative recommendation to require Elliot Feiner to now serve the two and one-half month balance of his home detention at the Essex or Barnstable County House of Corrections will effectively terminate the Court-ordered mental health treatment program at

Gateway Healthcare in Pawtucket, RI and the couples counseling sessions conducted in Cambridge, MA.

The Defendant will comply with all other Conditions of Supervised Release as set forth in the Judgment of the Court.

**REQUEST FOR ORAL ARGUMENT**

In accordance with Local Rule 7.1(d) the Defendant believes that oral argument will assist the Court and accordingly wishes to be heard.

                                                      Respectfully submitted,
                                                     Elliot Feiner
                                                     By his attorney,

Dated: December 18, 2006

                                                      /s/ Beryl W. Cohen
                                                     Beryl W. Cohen
                                                     11 Beacon Street
                                                     Boston, MA 02108
                                                     (617) 742-3322
                                                     B.B.O. 088620

CERTIFICATE OF SERVICE

I, Beryl W. Cohen, attorney for the Defendant, Elliot Feiner, hereby certify that I have, on this 18th day of December, 2006, served a copy of the Within Renewed Motion to Amend Conditions of Supervised Release, by first class mail to Assistant United States Attorney Lori J. Holik, at her office, United States Courthouse, Suite 9200, One Courthouse Way, Boston, Massachusetts 02210, and Brian Pletcher, CUSPO, District of Rhode Island, 36 Exchange Terrace, 3rd Floor, Providence, Rhode Island, 02903-1743.

                                                      /s/ Beryl W. Cohen
                                                     Beryl W. Cohen