

**GATEWAY HEALTHCARE, INC**

101 Bacon Street  Pawtucket, RI 02860
tel (401) 722-3560  fax (401) 724-3120

www.gatewayhealth.org

October 23, 2006

Mr. Brian Pletcher
United States Probation Office
2 Exchange Terrace
Providence, Rhode Island   02903

        **RE:**    **Elliot Feiner**
        **DOB:**  **08-04-38**
        **Chart #: T34894**

Dear Mr. Pletcher;

As requested by your office Mr. Elliot Feiner participated in a mental health evaluation at Gateway Healthcare, Inc. in Pawtucket, Rhode Island. This report is a summary of my findings and treatment recommendations.

The evaluation consisted of one 90 minute intake appointment on September 21, 2006 and two additional 50 minute clinical interviews on September 25, 2006 and October 4, 2006. I also reviewed documents provided by the United States Probation Office and Gateway Healthcare Inc.'s screening form. Additionally the Behavioral and Symptom Identification Scale (BASIS-32) and Health Status Profile (SF-36) were administered.

### Basic Identifying Information

Mr. Feiner is a 68 year old married white male, father of three children. He reports to be five feet and ten inches in height with gray hair and brown eyes. Mr. Feiner states experiencing high cholesterol and back pain problems. No other significant medical conditions were noted. He was not able to recall the date of his last physical exam but states being in good overall health. He, based on accepted height/weight ratio, appears of appropriate weight and states exercising on a daily basis. Mr. Feiner lives in Narragansett, Rhode Island with his wife Ronda. They have been married 45 years but appear to be facing a possible separation.

appointments/information (401) 729-8701    toll free 1-888-841-5252    24-hour emergency access (401) 723-1915    TT/TTY relay services 1-800-745-5555

**Moving Lives in the Right Direction**

## Mental Status Exam

Mr. Feiner presented as appropriately groomed and attired for all scheduled appointments. He was cooperative, pleasant and friendly throughout the interviews conducted. Mr. Feiner was verbal and answered this clinician's questions fully.

Mr. Feiner was oriented to his person, place and time. No long or short term memory recall deficits were noted. Concentration and attention were good. No perceptual disturbances were reported by Mr. Feiner or observed by this clinician. Thought process was logical, rational and sequential. He presented to be intelligent and having good insight into his situation and pending future consequences. Affect was flat and mood generally presented as mildly depressed.

## Presenting Mental Health and Addiction Issues

Mr. Feiner reports no specific mental health treatment history until his hospitalization of 10 days at Emerson Hospital in Massachusetts. He states on March 4, 2002 while in the parking lot of the Medford, Massachusetts Stop and Shop he consumed approximately 64 sleeping pills. The suicide attempt was in response to the pressures of his failed business a restaurant chain called Brew Moon and subsequent action of transferring over 5 million dollars from his investment group to cover the losses. The money belonged to fifteen individuals who incurred significant financial loss of their investments.

Mr. Feiner upon release from the inpatient psychiatric unit of Emerson Hospital began individual psychotherapy with Dr. Ira Rudolph. The counseling sessions spanned a period of three years from March of 2002 through June of 2005. Mr. Feiner states that the sessions assisted him in gaining an understanding of his depression, development of needed coping strategies and provided support through a difficult adjustment period. At this time Mr. Feiner is in the process of evaluating his marriage of 45 years. The stresses of starting, managing and eventually losing the business have taken a toll on his marriage and relationship with his children.

Mr. Feiner denied any substance abuse history.

## Diagnostic Summary

Mr. Feiner by his own admission states he is a "control freak" who has a talent for financial investment. When be became involved in starting a restaurant that eventually became a chain of 3 operations and 3 under construction, it was a venture he had little experience. He was driven to have it succeed and struggled with the unexpected problems it presented. Mr. Feiner could no longer control the eventual outcome but also could not accept that keeping the business going was a hopeless venture. He in the end was faced with the final outcome of failure. A condition he may have faced for the first time in his successful career. It was however on a level that was financially overwhelming and a catastrophic failure. Mr. Feiner was overwhelmed and on March 4,

2002 motivated by depression, guilt and shame attempted to take his life. If it were not for an observant individual that day Mr. Feiner may have succeeded at his own suicide.

The hospitalization at Emerson Hospital and three years of psychotherapy have been beneficial for Mr. Feiner. He presents at a different place, more philosophical and able to let go of those situations not in his ability to change. He is coping better and appears to have moved beyond the depths of his past major depression. These successes were without the assistance of anti-depressant medication treatment. Mr. Feiner presents as future oriented and having an improved ability to cope with his current situation.

Based on Mr. Feiner's presentation of symptoms he appears to be experiencing more of an adjustment disorder that a major depressive event. The statement is evidenced by his current level of functioning, focus upon fitness and ability to view presenting problems in a healthier perspective. Additionally the results of the Behavioral and Symptom Identification Scale (BASIS-32) did not show a significant depression existed. He experiences good and bad days and must adjust and self regulate the degree of coping required.

The following represents this clinician's multi-axis diagnosis:

| | | | |
|---|---|---|---|
| AXIS I: | 309.28 | Adjustment disorder with mixed anxiety and depressed mood. | |
| | 296.30 | Major depressive disorder, recurrent. | |
| AXIS II: | 799.9 | Diagnosis deferred. | |
| AXIS III: | | Back pain, high cholesterol. | |
| AXIS IV: | | Problems with primary support group<br>Problems related to interaction with legal system<br>Problems economic | |
| AXIS V: | 60 | | |

## Treatment Recommendations

It appears Mr. Feiner benefited a great deal from the three years of psychotherapy with Dr. Rudolph. He has the knowledge and skills to cope with his current life situation. I do not feel at this time that Mr. Feiner could benefit from re-entering psychotherapy. He appears to be functioning at a level expected given his resources and life situation. Mr. Feiner's possible separation from his wife also appears an event previously considered and discussed numerous times in the marriage.

The following is recommended:

1. Should Mr. Feiner feel the need to re-enter psychotherapy that a referral be made for that purpose.
2. If Mr. Feiner's functioning in activities of daily living be observed to significantly decrease as to require external assistance then the U.S. Probation Office initiate the referral for psychotherapy on his behalf.
3. If Mr. Feiner's depression has a "rapid return" and suicidal ideation is expressed an evaluation by emergency room or other appropriate facility be sought for possible psychiatric hospitalization.
4. Should condition number 3 indicated above occur Mr. Feiner should also be evaluated for treatment of his depression with anti-depressant medication.

If I can be of any further assistance to you or Mr. Feiner please contact me at (401)-728-3750, extension 269.

Sincerely,

*Robert B. Marshall*

Robert B. Marshall, ACSW, LICSW, LCDS, CCJP
Senior Clinician, Family Outpatient Program – Bacon Street.