# Gateway Healthcare - Pawtucket
# Gateway Children and Family Individual Treatment Plan

Client Name: FEINER, ELLIOT                                             ID: 000020197

## Plan Status: Active

| | | | |
|---|---|---|---|
| Reporting Unit | 2253 | Start | 11/08/2006 |
| Plan Type | Initial Plan | Expected Review Date | 05/07/2007 |
| Plan Description | Initial Treatment Plan | | |

# Gateway Healthcare - Pawtucket
# Mental Health Diagnosis - Multiaxial Assessment

Client Name: FEINER, ELLIOT                                             ID: 000020197

Period of Assessment Admitting Diagnosis                          Status Provisional

**AXIS I**   **Clinical Disorders/Other Conditions**

| Ranking | DSM-IV Code | DSM-IV Description |
|---|---|---|
| Primary | 309.28 | Adjustment Disorder with Mixed Anxiety and Depression |
| Secondary | 296.30 | Major Depressive Disorder Recurrent - Unspecified |

**AXIS II**   **Personality Disorders/Mental Retardation**

| Ranking | DSM-IV Code | DSM-IV Description |
|---|---|---|
| Primary | 799.9 | Diagnosis or Condition Deferred |

**AXIS III**   **General Medical Conditions**

No Entry

**AXIS IV**   **Psychosocial and Environmental Problems**

| | |
|---|---|
| Primary Support Groups Problems | Yes |
| Social Environment Problems | No |
| Education Problems | No |
| Occupational Problems | No |
| Housing Problems | No |
| Economics | Yes |
| Healthcare Access Problems | No |
| Legal System Problems | Yes |
| Other Psychosocial Problems | No |

**AXIS V**     **Global Assessment of Functioning (GAF) - Adults**
Score 66 *Current*

**Global Assessment Scale (CGAS) - Children**
Score 00 *Current*

## TARGET CONDITIONS

| | |
|---|---|
| Alcohol Abuse | No |
| Drug Abuse | No |
| Smoking | No |
| Hypertension | No |
| Hepatitis | No |
| Life Threatening Viral Illness | No |
| Hypercholesterolemia | No |
| Obesity | No |
| Diabetes | No |
| Asthma | No |
| COPD | No |

*Robert Marshall, ACSW, LICSW, LCDS, CCJP*          11-30-06
Robert Marshall, ACSW, LICSW, LCDS, 000071                Date

*The user was authenticated and this Mental Health Diagnosis - Multiaxial Assessment report was recorded at 16:28:49 on 11/08/2006 by Robert Marshall, ACSW, LICSW, LCDS.*

## Information

**Client Strengths:** Client presents as motivated to learn and utilize more effective coping strategies to create change.

**Client Limitations:** Client is under a home confinement which was violated. He has a limited support network to utilize. Additionally there is a past history of a significant depression.

## Treatment Issues

**Problem Title: 01-Mood Disorders**

**Behavioral Description-Problem:** Depressed Mood
Client exhibits depressed mood, Decreased attention, Loss of interest, sadness and general difficulty adjusting to recent changes and restrictions.

Start Date 11/08/06
Review Date 05/07/07

Goal/Discharge Criteria: Decrease in depressive symptoms
Client will report a decrease in depressive symptoms.

> Objective: Develop coping skills
> Client will develop the ability to learn and practice new skills to cope with symptoms of depression.
> > Responsible Individual   Robert Marshall, ACSW, LICSW, LCDS   000071
> > Target Date   05/08/07
>
> Intervention/Service Frequency: Individual Therapy-weekly
> Individual 50 minute psychotherapy sessions weekly with Robert Marshall, ACSW, LICSW, LCDS, CCJP at the Bacon Street location.
>
> Objective: Learn/practice skills
> Client will learn and practice problem-solving skills, social skills, communication skills, and decision-making skills to increase comfort in using them.
> > Responsible Individual   Robert Marshall, ACSW, LICSW, LCDS   000071
> > Target Date   05/08/07
>
> Intervention/Service Frequency: Individual Therapy-weekly
> Individual 50 minute psychotherapy sessions with Robert Marshall, ACSW, LICSW, LCDS, CCJP at the Bacon Street location.
>
> Objective: Couples Counseling
> Client will as part of this treatment plan attend scheduled couples counseling to address unresolved issues in his marriage. These unresolved issues are creating and adding to the already existing symptoms of depression.
> > Responsible Individual   Robert Marshall, ACSW, LICSW, LCDS   000071
> > Target Date   05/30/07
>
> Intervention/Service Frequency: Attend scheduled couples sessions
> Client will attend scheduled couples sessions with his wife as noted.

## Additional Data Gathered From:

| | |
|---|---|
| CBCL Completed? | Not applicable |
| Basis/SF Completed? | Yes |
| CAFAS/PECFAS Completed? | Not applicable |
| Date CAFAS/PECFAS Completed: | No Entry |
| MHSIP Completed? | Not applicable |
| YSS Sent? | No Entry |
| NHP/Hospital Risk Assessment Completed? | Not applicable |

As client, I have participated in the Treatment Planning Process. If client did not sign, indicate why in a progress note.

X _Elliott J. _____ (Client's Signature)     11/30/06 (Date)

http://gh/cmhcbui/cmhcbui/cmhcbui;jsessionid=AC1ACF750BA019C9328629CD7D902...   11/30/2006

As Parent/Guardian, I have participated in the Treatment Planning Process.

_____
**Parent/Guardian's Signature**                                    Date

_____
**Psychiatrist's/Clinical Nurse Specialist's Signature:**          Date

_____
**Licensed Practitioner's Signature:**                             Date

_____
**Staff Signature:**                                               Date

_____
**Other Signature:**                                               Date

*Robert Marshall, ACSW, LICSW, LCDS, CCJP*       11-30-06
Robert Marshall, ACSW, LICSW, LCDS, 000071        Date