

David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
*District of Rhode Island*

FILED
IN CLERKS OFFICE

2007 APR 16  P 1:09
Paulette J. Dube
Chief Deputy Clerk

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 11, 2007

U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   USA v. Elliot Feiner
       USDC-MA #04-10180
       USDC-RI #07-CR-056-01T

Dear Clerk:

Enclosed please find a certified copy of the Order signed by Chief Judge Mary M. Lisi accepting jurisdiction for the above-captioned supervised releasee.

Kindly forward a certified copy of the Indictment, Judgment and Order and docket sheet at your convenience to the Clerk's Office, U.S. District Court, One Exchange Terrace, Providence, RI 02903.

Thank you for your assistance in this matter.

Very truly yours,

*Barbara Barletta*
Barbara Barletta
Deputy Clerk

cc: U.S. Probation Dept. - RI

DLM

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-10180 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Elliot Feiner 320 Wesmorland Street, Unit B-3 Narragansett, RI 02882 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Boston |
| | NAME OF SENTENCING JUDGE The Honorable Rya W. Zobel | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/25/06   TO 8/24/09 |

FILED CR-056-01
IN CLERKS OFFICE
2007 APR 16 P 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

OFFENSE

Wire Fraud, 18 USC §1341

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 5, 2007_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 11, 2007_
Effective Date

_Mary M. Lisi_
United States District Judge